# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEPHEN SAMUEL PARADISE,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA et al.,<br><br>Defendants. | Case No. CV 25-02358-MRA (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's claims against the News Reporter Defendants and the British Consulate Defendants are DISMISSED without prejudice.

Date: January 09, 2026

MÓNICA RAMÍREZ ALMADANI
United States District Judge