

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEPHEN SAMUEL PARADISE,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:25-cv-02358-MRA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Orders Accepting the Reports and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed. Dismissal is with prejudice as to all Defendants except for the News Reporter Defendants and the British Consulate Defendants. Dismissal is without prejudice as to the News Reporter Defendants and the British Consulate Defendants.

Date: January 09, 2026

MÓNICA RAMÍREZ ALMADANI
United States District Judge